IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02332-RM-MEH

ACTIVISION TV, INC.,

      Plaintiff,

v.

KATS ON MARKET, INC., d/b/a Tavern Hospitality Group,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 26, 2013.**

      The renewed Joint Motion for Entry of Stipulated Protective Order [filed November 25, 2013; docket #20] is **granted**. The Stipulated Protective Order is accepted and filed contemporaneously with this order.