IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02332-RM-MEH

ACTIVISION TV, INC.,

    Plaintiff,

v.

KATS ON MARKET, INC., d/b/a Tavern Hospitality Group,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 12, 2014.**

    The Stipulated Motion to Withdraw Certain Pending Motions and to Amend the Scheduling Order to Extend Certain Deadlines [filed February 12, 2014; docket #38] is **granted** as follows.

    Plaintiff's Motion to Compel Defendant to Serve its Non-Infringement Contentions, Its Prior Art Statement and its Invalidity Contentions [filed January 21, 2014; docket #31] and Defendant's Motion to Compel More Definite Infringement Contentions and Motion to Stay Until Receipt of Same [filed January 24, 2014; docket #35] are **withdrawn**.

    For good cause shown, the Court will modify Paragraph 9 of the Scheduling Order in this case as follows:

    Kats on Market will disclose its initial claim charts on February 14, 2014;

    Kats on Market will disclose its prior art statement, including but not limited to invalidity contentions, on or before February 28, 2014;

    Activision will disclose revised /supplemental initial claim charts on or before March 14, 2014;

    The parties will exchange terms to be construed on March 21, 2014; and

    Activision will disclose its prior art statement on or before March 28, 2014.

All other deadlines and conference dates will remain the same.