IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02332-RM-MEH
Consolidated with 13-cv-02684-RM-MEH

ACTIVISION TV, INC., a Delaware corporation,

    Plaintiff/Counter Defendant/Consolidated Defendant,

v.

KATS ON THE MARKET, INC., doing business as Tavern Hospitality Group,

    Defendant/Counter Claimant;

v.

FOUR WINDS INTERACTIVE LLC, a Colorado limited liability company,

    Consolidated Plaintiff.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 28, 2014.**

    Four Winds Interactive LLC's Motion for Leave to File Amended Declaration of David Levin in Support of Opposition to Activision's Motion to Dismiss [filed February 27, 2014; docket #42] is **granted**.

    In addition, to allow the parties sufficient time to review the declaration and exhibit, Activision's Unopposed Motion to Reschedule Hearing [filed February 28, 2014; docket #44] is **granted**.  The motion hearing currently set for Monday, March 3, 2014 is **vacated and rescheduled** to **Wednesday, March 19, 2014 at 9:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.